UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY LYNN COUCH SR., <br><br> Plaintiff, <br><br> v. <br><br> RICK SCOTT, et al., <br><br> Defendant. | CASE NO. 3:21-cv-05804-RSM-BAT <br><br> **ORDER DIRECTING PLAINTIFF TO FILE COMPLETE PROPOSED AMENDED COMPLAINT** |

Plaintiff proceeds *pro se* in this 42 U.S.C. §1983 civil rights action. After service of the complaint but prior to the filing of Defendants' answer, Plaintiff filed the instant motion to amend the complaint. Dkt. 9. However, Plaintiff's motion does not include a complete copy of the proposed amended complaint and thus it is unclear what claims Plaintiff is seeking to maintain, add, or abandon. *Id.* In order for the Court to properly address Plaintiff's motion to amend his complaint, Plaintiff must file a complete copy of his proposed amended complaint. *See* Local Civil Rule 15.[1] Accordingly, the Court hereby **ORDERS**:

(1) On or before **February 4, 2022**, Plaintiff is directed to file a complete proposed amended

---

[1] A party who moves for leave to amend a pleading, or who seeks to amend a pleading by stipulation and order, must attach a copy of the proposed amended pleading as an exhibit to the motion or stipulation. […] The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. LCR 15.

ORDER DIRECTING PLAINTIFF TO FILE
COMPLETE PROPOSED AMENDED
COMPLAINT - 1

complaint containing ***all*** causes of action, facts, and argument that Plaintiff intends to pursue in this action, including any claims previously asserted in his original complaint that he wishes to maintain. The proposed amended complaint will act as a complete substitute for the original complaint, not as a supplement.

(2) Upon submission of the proposed amended complaint, the Court will rule on Plaintiff's motion to amend. Dkt. 9.

(3) The Clerk is directed to send a copy of this order to the parties and is directed to send the appropriate forms for filing a 42 U.S.C. § 1983 civil rights complaint to Plaintiff. The Clerk is also directed to send a copy of this order to the Honorable Ricardo S. Martinez.

DATED this 21st day of January, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO FILE
COMPLETE PROPOSED AMENDED
COMPLAINT - 2