UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY LYNN COUCH SR., <br><br> Plaintiff, <br><br> v. <br><br> RICK SCOTT, et al., <br><br> Defendant. | CASE NO. 3:21-cv-05804-RSM-BAT <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO "STRIKE AMENDED COMPLAINT"** |

Plaintiff proceeds *pro se* in this 42 U.S.C. §1983 civil rights action. On January 7, 2022, Plaintiff filed a motion seeking to amend his complaint. Dkt. 9. On January 31, 2022, Plaintiff filed a motion seeking to "strike amended complaint" (Dkt. 12) which the Court construes as a request to withdraw his previously filed motion to amend the complaint (Dkt. 9). Accordingly, it is hereby ORDERED:

(1) Plaintiff's motion (Dkt. 12) is GRANTED. The Clerk is directed to mark Plaintiff's motion to amend (Dkt. 9) as withdrawn.

(2) The Clerk is directed to send a copy of this order to the parties and to Judge Martinez.

DATED this 2nd day of February, 2022.

*[signature]*

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
TO "STRIKE AMENDED COMPLAINT" - 1