UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY LYNN COUCH SR., <br><br> Plaintiff, <br><br> v. <br><br> RICK SCOTT, et al., <br><br> Defendant. | CASE NO. 3:21-cv-05804-RSM-BAT <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO SUMMARY JUDGMENT (DKT. 34)** |

On April 20, 2022, Defendants moved for summary judgment. Dkt. 24. The motion was noted for May 13, 2022; Plaintiff's response was thus due no later than May 9, 2022. On May 12, 2022, Plaintiff moved for a 45-day extension to respond to the summary judgment motion. He contends he was not able to view the motion until May 4, 2022 and needs more time to respond due to repairs to the prison library. Dkt. 34.

Although Plaintiff's motion for extension is untimely, the Court grants him leeway because he proceeds *pro se* and is in custody. Defendants have not responded to the motion and Plaintiff's request an extension is thus ripe for the Court's review. The Court accordingly

**ORDERS**:

    (1)    Plaintiff's motion for extension, Dkt. 34, is **GRANTED**.

    (2)    Any response Plaintiff wishes to file to the motion for summary judgment shall be

filed no later than **June 23, 2022.**

  (3) The Clerk shall renote the motion for summary judgment for June 24, 2022 as ready for the Court's consideration.

  (4) The Clerk shall provide a copy of this order to the parties and to Chief Judge Martinez.

  DATED this 18th day of May, 2022.

                BRIAN A. TSUCHIDA
                United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION TO RESPOND TO
SUMMARY JUDGMENT (DKT. 34) - 2