UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY LYNN COUCH SR.,

                    Plaintiff,

        v.

RICK SCOTT, et al.,

                    Defendant.

CASE NO. 3:21-cv-05804-RSM-BAT

**ORDER DENYING MOTION TO RESCHEDULE PRETRIAL SCHEDULE (DKT. 36)**

The Court issued a pretrial scheduling order on April 7, 2022. On April 20, 2022, Defendants filed a motion for summary judgment. Plaintiff moved on May 11, 2022 for an extension to respond. The Court granted Plaintiff's motion and ordered Plaintiff to file a response to the summary judgment motion no later than June 23, 2002.

On June 2, 2022, Plaintiff filed a "Motion to Reschedule Pretrial Scheduling Order" asking the Court to reset the entire pretrial scheduling order and grant Plaintiff a further extension to respond to Defendants' motion for summary judgment.

The Court finds no basis to reschedule the entire pretrial scheduling order. Defendants have moved for summary judgment, and the motion should be resolved in a timely manner and not be delayed as there is no reason not to address the motion now.

Additionally, the Court has already granted Plaintiff an extension to respond to the

1  motion for summary judgment. Plaintiff's complaint regards a claim that Plaintiff and his

2  criminal defense lawyer already litigated and lost in a hearing in the state courts. Plaintiff thus is

3  more than familiar with the facts surrounding his claims and additional extensions are therefore

4  not warranted.

5          The Court according ORDERS:

6          (1)     Plaintiff's motion to Reschedule Pretrial Scheduling Order (Dkt. 36) is DENIED.

7          (2)     Plaintiff is reminded that Defendants' motion for summary judgment is still

8  pending and that any response Plaintiff wishes to file to that motion is due no later than June 23,

9  2022.

10         (3)     The Clerk shall provide a copy of this order to the parties and to Chief Judge

11 Martinez.

12         DATED this 3rd day of June, 2022.

13

14                                              _____

15                                              BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

16

17

18

19

20

21

22

23

ORDER DENYING MOTION TO
RESCHEDULE PRETRIAL SCHEDULE
(DKT. 36) - 2